UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN WEBB, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:06CV00447 RWS |
| | ) |
| ST. LOUIS PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant(s). | ) |

## **MEMORANDUM AND ORDER**

On October 12, 2006, Gwendolyn Webb wrote me a letter requesting subpoenas. This letter is being returned to her in accordance with Local Rule 4.04 - Communication with the Court. Local Rule 4.04(a) states that attorneys and pro se litigants shall not communicate in writing with the Court concerning any pending case except by motion or memorandum, unless otherwise directed by the Court.

Webb should first seek to obtain the documents mentioned in her letter from the Defendant by following the Federal Rules of Evidence and the Case Management Order. If she is unable to obtain the documents from the Defendant, Webb should file a motion with the Court asking for the subpoenas.

Accordingly,

**IT IS HEREBY ORDERED** that Webb's letter be returned to her and that her subpoena request is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of October, 2006.